STATE OF CONNECTICUT *v.* ALBERT LOPEZ

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 257 (AC 26126), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that there was sufficient evidence to support the jury's

verdict convicting the defendant of robbery in the first degree in violation of General Statutes § 53a-134 (a) (4)?"

The Supreme Court docket number is SC 17618.

*Lisa J. Steele,* special public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided March 2, 2006